

FILED
CLERK, U.S. DISTRICT COURT

April 13, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, Plaintiff, <br> –v.– <br> TERRY SOMENZI, individually and as an officer of International Advisory Services, Inc., and also doing business as Paulson Independent Distributors, International Procurement Center, Phelps Ingram Distributors, and Keller Sloan & Associates, *et al.*, <br><br> Defendants. | No. 2:16-cv-07101 SJO (GJsx) <br> ORDER to Appear Telephonically <br><br> DEFENDANT TERRY SOMENZI, et al <br> Judge: Hon. S. James Otero |
|---|---|

Defendants, David Raff has requested that the Court allow Defendant David Raff to appear telephonically.

After considering Defendants Application and the papers filed in this action, the Court hereby orders the telephonic appearance of Defendant David Raff from this action.

**IT IS SO ORDERED.**

Dated: April 20, 2017

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Dated: April 13, 2017

Respectfully Submitted,
s/David Raff
David Raff

Case 2:16-cv-07101-SJO-GJS   Document 69   Filed 04/13/17   Page 3 of 3   Page ID #:356