Case 2:16-cv-07101-SJO-GJS   Document 70   Filed 04/13/17   Page ... 357

FILED
CLERK, U.S. DISTRICT COURT
April 13, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA FEDERAL TRADE COMMISSION, Plaintiff, –v.– TERRY SOMENZI, individually and as an officer of International Advisory Services, Inc., and also doing business as Paulson Independent Distributors, International Procurement Center, Phelps Ingram Distributors, and Keller Sloan & Associates, *et al.*, Defendants. | No. 2:16-cv-07101 SJO (GJsx) ORDER FOR TELEPHONIC ACCESS DEFENDANT DAVID RAFF Judge: Hon. S. James Otero Hearing Date: April 24, 2017 Time: 10:00 a.m. Courtroom: 1 (2nd Floor) |

Defendant, David Raff, has on numerous occasions informed the court he does not have the financial means to attend hearings in California. In fact this was written to the court as early as November 18, 2016 plus several times since then.

It is requested a phone number be supplied so Mr. Raff can attend telephonically as this is a critical meeting and needs to be addressed and treated as such.